**Order filed September 18, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00703-CV
_____

**MANUEL RODRIGUEZ, JR., Appellant**

**V.**

**TITAN LAND DEVELOPMENT, INC., Appellee**

---

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2013-72631**

---

## O R D E R

The notice of appeal in this case was filed August 13, 2015. To date, the filing fee of $195.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $195.00 to the clerk of this court on or before **October 6, 2015.** *See* Tex. R. App. P. 5. If appellant

fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM